IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD TORRES,

    Petitioner,

v.

R. T. C. Grounds, Warden,

    Respondent.

No. C 13-03312 SBA (PR)

**JUDGMENT**

For the reasons set forth in the Court's Order Denying Petitioner's Motion for Leave to Amend Petition; Granting Respondent's Motion to Dismiss Petition; and Denying Certificate of Appealability, IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed, and that each party bear their own costs of action.

IT IS SO ORDERED.

DATED: 9/26/2014

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.13\Torres3312.jud.wpd